IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **VANESSA BISSERETH** § | |
| § | |
| Plaintiff § | CAUSE NO. 1:25-cv-97 |
| § | |
| v. § | |
| § | |
| **BANK OF AMERICA, N.A. AND** § | |
| **JAVITCH BLOCK, LLC** § | |
| § | |
| Defendants § | |

# EXHIBIT INDEX

Defendant Bank of America, N.A. hereby submits the following index of documents being filed with its Notice of Removal to Federal Court:

**Exhibit A**   Exhibit Index

**Exhibit B**   State Court Civil Docket Sheet, with all Pleadings filed in State Court:

1) Plaintiff's Original Petition (11.20.24)
2) Statement of Inability to Afford Payment of Court Costs or an Appeal Bond (11.20.24)
3) Certificate of Legal-Aid Provider in Support of Statement of Inability to Afford Payment of Court Costs or an Appeal Bond (11.20.24)
4) Order on the Plaintiff's Statement of Inability to Afford Payment of Costs (11.27.24)
5) Email to Court from Plaintiff Requesting Update on Statement of Inability to Afford Payment of Court Costs or an Appeal Bond (12.13.24)
6) Citations (12.17.24)
7) Defendants' Original Answer (12.30.24)
8) Plaintiff's Motion to Allow Discovery and Apply the Texas Rules of Evidence (12.30.24)
9) Order Granting Plaintiff's Motion to Allow Discovery/Denying Motion to Apply the Rules of Evidence (1.7.25)
10) Plaintiff's Jury Demand (1.7.25)
11) Notice of Pretrial Conference (1.9.25)

**Exhibit C**     List of All Attorneys

**Exhibit D**     Civil Action Coversheet JS 44

**Exhibit E**     Supplement to JS 44 Civil Action Coversheet

**Exhibit F**     Proof of Service of Process on Bank of America, N.A.

Case 1:25-cv-00097-ADA   Document 1-1   Filed 01/21/25   Page 2 of 2