PRECINCT FIVE

# CASE SUMMARY
## CASE NO. J5-CV-24-274397


DEFENDANT'S
EXHIBIT

**B**

| | | |
|---|---|---|
| Vanessa Bissereth vs. Javitch Block, LLC, Bank of America, N.A. | § | Location: **Precinct Five** |
| | § | Judicial Officer: **Olivo, Rick "Rico"** |
| | § | Filed on: **11/20/2024** |
| | § | Appear by: **01/30/2025** |
| | § | |

---

### CASE INFORMATION

Case Type: **Small Claims**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | J5-CV-24-274397 |
| Court | Precinct Five |
| Date Assigned | 11/20/2024 |
| Judicial Officer | Olivo, Rick "Rico" |

---

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Plaintiff** | **Bissereth, Vanessa** | **ZIMMER, ROBERT** |
| | | *Retained* |
| | | 512-434-0306(W) |
| | | *1108 LAVACA STREET* |
| | | *SUITE 110-187* |
| | | *AUSTIN, TX 78701* |
| **Defendant** | **Bank of America, N.A.** | **LANSDEN, TYLER G** |
| | *160 MINE LAKE CT* | *Retained* |
| | *STE 200* | 214-383-9088(W) |
| | *Raleigh, NC 27615* | *275 W. CAMPBELL,* |
| | | *SUITE 312* |
| | | *RICHARDSON, TX 75080* |
| | **Javitch Block, LLC** | **LANSDEN, TYLER G** |
| | *5301 SOUTHWEST PKWY* | *Retained* |
| | *STE 400* | 214-383-9088(W) |
| | *Austin, TX 78735* | *275 W. CAMPBELL,* |
| | | *SUITE 312* |
| | | *RICHARDSON, TX 75080* |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 11/20/2024 | Original Petition (OCA) | |
| 11/20/2024 | Petition/Application via E-File | |
| | *Plaintiff's Original Petition / MB* | |
| 11/20/2024 | Affidavit of Inability Filed | |
| | *Plaintiff's Affidavit of Inability to Pay Court Costs / MB* | |
| 11/25/2024 | Sent to Judge's Workflow Queue | |
| | *ORDER ON PLFF'S STATEMENT OF INABILITY / MB* | |
| 11/27/2024 | Affidavit of Inability Granted | |
| | *JUDGE OLIVO / MB* | |
| 12/13/2024 | Request | |

PRECINCT FIVE

# CASE SUMMARY
## CASE NO. J5-CV-24-274397

| | |
|---|---|
| | *PLFF REQ FOR UPDATE ON STMNT OF INAB./ AL* |
| 12/17/2024 | Citation Issued |
| | *SENT TO CN5 / MB* |
| 12/17/2024 | **Service** |
| | Javitch Block, LLC |
| | Served: 12/23/2024 |
| | Actual Server: Constable |
| | Return Date/Time: 01/08/2025 |
| | Serving Method: In Person |
| | Service Tracking Comment: /AQ |
| | Bank of America, N.A. |
| | Unserved |
| 12/30/2024 | Original Answer |
| | Party:  Defendant  Javitch Block, LLC;  Defendant  Bank of America, N.A. |
| | *Defendants' Original Answer / MB* |
| 12/30/2024 | Motion for Discovery |
| | *Plaintiff's Motion to Allow Discovery as to Defendant Javitch Block, LLC, and to Apply the Rules of Evidence / MB* |
| 01/07/2025 | Sent to Judge's Workflow Queue |
| | *Proposed Order on Plaintiff's Motion to Allow Discovery and to Apply the Rules of Evidence / MB* |
| 01/07/2025 | Jury Demand (Fee Paid) |
| | Party:  Plaintiff  Bissereth, Vanessa |
| | *Plaintiff's Jury Demand /IC* |
| 01/07/2025 | Order for Discovery |
| | *PLAINTIFF'S MOTION FOR DISCOVERY IS GRANTED. PLAINTIFF'S MOTION TO APPLY THE RULES OF EVIDENCE IS DENIED. (VJ BEELER) / MB* |
| 01/09/2025 | Hearing Set |
| | *IP PT FOR JD HRG SET FOR JAN 30 2025 AT 10:30 AM. PARTIES NOTIFIED BY MAIL, EMAIL IF ON FILE WITH THE COURT /IC* |
| 01/13/2025 | Action |
| | *Order on Plaintiff's Motion to Allow Discovery and to Apply the Rules of Evidence, emailed and mailed to parties / MB* |
| 01/30/2025 | **Motion Hearing** (10:30 AM)  (Judicial Officer: Olivo, Rick "Rico") |
| | Events: 01/09/2025 Hearing Set |

| DATE | FINANCIAL INFORMATION |
|---|---|

| | |
|---|---|
| **Plaintiff**  Bissereth, Vanessa | |
| Total Charges | 224.00 |
| Total Payments and Credits | 224.00 |
| **Balance Due as of  01/14/2025** | **0.00** |

J5-CV-24-274397

NO. _____

|  |  |  |
|---|---|---|
| VANESSA BISSERETH, | § | IN THE JUSTICE COURT |
| *Plaintiff* | § | |
| | § | |
| | § | |
| VS. | § | PRECINCT NO. 5 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| *and* JAVITCH BLOCK, LLC, | § | |
| *Defendants,* | § | TRAVIS COUNTY, TEXAS |
| | § | |

## **PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff VANESSA BISSERETH ("Bissereth"), and files this, her

Original Petition, complaining of DEFENDANTS Bank of America, N.A. ("BofA"), and Javitch

Block, LLC ("Javitch Block"), and for causes of action would respectfully show this Honorable

Court the following:

## **PARTIES**

Plaintiff Vanessa Bissereth is a resident of Travis County, Texas.

Defendant Bank of America N.A. is a financial institution domiciled in North Carolina,

which does or transacts business in Texas.

Defendant Bank of America N.A., maybe be served with process via its Registered

Agent, CT CORPORATION SYSTEM, at 160 MINE LAKE CT., STE. 200, RALEIGH,

NORTH CAROLINA, 27615.

Defendant Javitch Block, LLC is a limited liability corporations domiciled in Ohio,

which does or transacts business in Texas.

Defendant Javitch Block, LLC may be served with process through its Registered Agent,

REGISTERED AGENT SOLUTIONS, CORPORATE CENTER ONE, 5301 SOUTHWEST

PARKWAY, STE. 400, AUSTIN, TX 78735.

## VENUE AND JURISDICTION

1. Venue is proper in this Court because Travis County, Texas is where events giving rise to Bissereth's claims occurred (see Tex. Civ. Prac. & Rem. Code §§ 15.002(a).

2. The amount in controversy is within the jurisdictional limits of this Court, i.e., $20,000.00.

## FACTUAL ALLEGATIONS

3. At all times relevant to this claim, Bissereth was a "consumer" as that term is defined in the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692a(3), and the Texas Debt Collection Act ("TDCA"), Tex Fin. Code § 392.001(1).

4. At all times relevant to this claim, Javitch Block was both a "debt collector" and a "third-party debt collector" as those terms are defined in the TDCA § 392.001(6) and (7) respectively, and a "debt collector" as that term is defined in the FDCPA § 1692a(6).

5. At all times relevant to this claim, BofA Javitch was a "debt collector" as that term is defined in the TDCA § 392.001(6).

6. The FDCPA and TDCA claims in this lawsuit arose from BofA's and Javitch Block's illegal attempts to collect a consumer debt from Bissereth (Javitch Block File No. 2141980) (the "alleged debt").

7. Bissereth did not incur the alleged debt; she was a victim of identity theft.

8.  On June 23rd, 2021, Bissereth filed a police report with the Austin Police Department regarding the identity theft (the "police report").

9.  On or about July 2021, Bissereth notified the credit bureaus that she had been a victim of identity theft, and concurrently she disputed the alleged debt with all three credit bureaus.

10. Nonetheless, Defendants sued Bissereth on August 2, 2024 to recover the alleged debt from her (*Bank of America, N.A. v. Vanessa Bissereth* - J1-CV-24-004065 in Travis County, Texas, JP #1 ("the debt claim case").

11. In Defendants' pleadings in the debt claim case, Defendants falsely stated that Bissereth owes the alleged debt, when she does not.

12. On or about August 2024, and again in October 2024, Bissereth disputed the alleged debt with Defendants and furnished them with proof of identity theft.

13. However, despite knowing for months that the alleged debt was not valid, Defendants have refused to dismiss the debt claim case against her.

14. Despite knowing that Bissereth did <u>not</u> owe the alleged debt, BofA has been falsely communicating to the credit bureaus that Bissereth owes the debt and that it is valid.

15. Due to BofA's false credit reporting and false statements regarding the alleged debt, the cost of obtaining credit increased for Bissereth.

## CAUSES OF ACTION

## COUNT I

## VIOLATION OF THE TEXAS DEBT COLLECTION ACT ("TDCA"), TEX. FIN. CODE §392 *et seq*.

16. Bissereth incorporates the preceding paragraphs as if set forth at length.

17. Despite being aware Bissereth was a victim of ID theft, BofA violated the TDCA §392.301(a)(3) by falsely communicating to the credit bureaus that Bissereth owed an undisputed debt.

18. Javitch Block and BofA violated the TDCA § 392.202 by failing to legitimately investigate the validity of the alleged debt upon receipt of Bissereth's claim.

19. Instead, Javitch Block and BofA both simply mailed Bissereth a computer-generated form letter containing conclusory statements claiming the debt is valid, without actually investigating Bissereth's dispute.

20. Javitch Block violated the TDCA § 392.304(a)(18) by sending Bissereth debt collection letters, and filing pleadings in the debt claim case, which falsely represent that Bissereth owes the alleged debt.

21. As a result of BofA's and Javitch Block's violations of the TDCA § 392.202 and § 392.301(a)(3), Bissereth is entitled to an order directing Defendants to permanently cease collection on the alleged debt, pursuant to TDCA §392.403(a)(1); statutory damages of <u>no less</u> than $100.00, pursuant to the TDCA §392.403(e); actual damages; and attorney fees pursuant to TDCA § 392.403(c).

## **COUNT II**

## **VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15. U.S.C. § 1692 *et seq.***

22. Bissereth incorporates the preceding paragraphs as if set forth at length.

23. Despite being aware Bissereth was a victim of ID theft, Javitch Block violated the FDCPA § 1692e(10) falsely stating, in both letters and court pleadings, that Bissereth owes the alleged debt when she does not.

24. As a result of Javitch Block's violations of the FDCPA, Bissereth is entitled to statutory damages of $1,000.00; actual damages according to proof; and an award of attorney fees and costs, per FDCPA § 1692k(a).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Vanessa Bissereth prays that this Court award judgment in her favor and against Defendants Bank of America, N.A. and Javitch Block, LLC., as follows:

**a.** As to both Defendants, award Bissereth statutory damages of <u>no less</u> than $100.00; actual damages according to proof; and attorney fees and costs of court, per the TDCA § 392.403;

**b.** Enter an order enjoining both Defendants from engaging in any further collection activities on this alleged debt as to Bissereth, the order being authorized by the TDCA § 392.403;

**c.** As to Defendant Javitch Block, award Bissereth $1,000.00 in statutory damages; actual damages according to proof; and attorney fees and costs of court, per the FDPCA § 1692k(a).

**d.** award Bissereth any other relief to which she is entitled, in law or in equity.

**[signature block on next page]**

Filed: 11/20/2024 3:22 PM
Justice of the Peace,Pct.5
Travis County, Texas
J5-CV-24-274397

Respectfully Submitted,

**Zimmer & Associates, A Law Firm**
1108 Lavaca Street, Suite 110-187
Austin, Texas 78701
Telephone/Fax: (512) 434-0306


<u>/s/ Robert Zimmer</u>
By:    **Robert Zimmer, Esq.**
State Bar No. 24098662
zimmerlawTX@gmail.com

**ATTORNEY FOR PLAINTIFF,
VANESSA BISSERETH**

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

**AVISO: ESTE DOCUMENTO CONTIENE INFORMACIÓN CONFIDENCIAL**



# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

# Declaración sobre Incapacidad de Pago de Costas de Tribunal o de una Fianza de Apelación

**Cause Number**
**Número de Caso**

The Clerk's office will fill in the Cause Number when you file this form.

El Secretario del Tribunal anotará el Número de Caso cuando usted presente este formulario.

---

Vanessa Bissereth
v.
Bank of America, N.A. and
Javitch Block, LLC

Copy information listed at the top left of the petition here.

Copie aquí la información ubicada en la parte superior izquierda del escrito de la demanda.

---

Copy information listed at the top right of the petition here.

Copie aquí la información ubicada en la parte superior derecha del escrito de la demanda.

Justice of the Peace Court, Precinct #5

**Court Number**
**Número del Tribunal**

Travis ,Texas

**County**
**Condado**

☐ District Court
  Tribunal de Distrito

☐ County Court
  Tribunal del Condado

☐ County Court at Law
  Tribunal Estatutario

☑ Justice Court
  Juzgado de Paz

☐ Probate Court
  Juzgado Sucesorio

    Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

## 1. Your Information / Su Información

➢ My full legal name is / Mi nombre legal completo es

_Vanessa    Bissireth_

First    Middle    Last    /    Nombre de Pila    Segundo Nombre    Apellido

➢ My date of birth is / Mi fecha de nacimiento es

██████

Month    Day    Year    /    Mes    Día    Año

➢ My address is / Mi dirección es

Home / Domicilio    _9606 Hansford Dr._

Mailing / Dirección Postal    _Austin, TX, 78753_

➢ My phone number / Mi número telefónico ████████ _4683_

➢ My email I check often / Mi correo electrónico que reviso con frecuencia

██████████ _@icloud.com_

# Go to next page
# Pase a la siguiente página

Approved by the Supreme Court of Texas In Misc. Docket No. 22-9090

## 2. About My Dependents / Mis Dependientes

"The people who depend on me financially are listed below." **Use initials only for children under 18**. If needed, attach a separate piece of paper to list more dependents.

"Las personas a continuación dependen económicamente de mí." **Use iniciales para los menores de 18 años** y, si es necesario, anexe una hoja por separado para enumerar a todos sus dependientes.

| Name<br>Nombre | Age<br>Edad | Relationship to me<br>Parentesco Conmigo |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## 3. Are you represented by Legal Aid? ¿Está siendo representado por alguna entidad de asistencia legal?

**Check only one box. Seleccione solo una casilla.**

☑ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as "Exhibit: Legal Aid Certificate."

Me está representando gratuitamente un abogado que trabaja para una entidad de asistencia legal o que recibió mi caso de una entidad de asistencia legal. El certificado que la entidad de asistencia legal me entregó lo adjunto bajo el título, "Anexo: Certificado de Asistencia Legal."

or / o

☐ I am not represented by legal aid.

No me está representando ninguna entidad de asistencia legal.



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

## 4. Public Benefits / Beneficios de Asistencia Pública

> Do you or any of your dependents receive public benefits?
> *¿Recibe usted o sus dependientes beneficios de asistencia pública?*
>
> ☑ Yes / *Sí*          ☐ No / *No*

> If you answered yes, check all that apply and attach proof to this form, such as a copy of an eligibility form or check.
>
> Si respondió con un Sí, marque todas las casillas que apliquen y adjunte a este formulario comprobantes, tales como una copia de la carta autorizando que reciba estos beneficios o una copia del cheque que recibe.

☐ Food stamps/SNAP
Cupones de comida/SNAP

☐ TANF

☐ Medicaid

☐ CHIP

☐ SSI/SSDI

☐ WIC

☐ Lifeline

☐ Public Housing or Section 8 Housing
Asistencia de Vivienda / Programa de Vivienda bajo Sección 8

☐ Low-Income Home Energy Assistance
Asistencia con Energía Eléctrica

☐ Community Care via HHS
Ayuda Comunitaria bajo HHS

☐ LIS in Medicare ("Extra Help")
Subsidio Adicional de Medicare bajo el Programa LIS

☐ Needs-based VA Pension
Pensión para Veteranos de Guerra en función a necesidades

☐ Child Care Assistance under Child Care and Development Block Grant
Asistencia con Guardería bajo el Programa CCDBG

☐ County Assistance, County Health Care, or General Assistance (GA)
Asistencia del Condado, Asistencia Médica del Condado, o Asistencia General (GA)

☑ Other / Otros beneficios
MAP

☐ Other / Otros beneficios



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**5. What are your monthly income sources? ¿Cuáles son sus fuentes de ingresos mensuales?**

➤ My **take-home** pay is $ _1,876_ in monthly wages.

Mi **pago neto** es $_____ en sueldo mensual.

➤ I work as a _Social Worker_ (your job title) for _Intagral Care_ (your employer).

Yo trabajo como _____ (título de su puesto) para _____ (compañía o jefe).

➤ $ _1,876_ is my total **monthly** income / son mis ingresos totales **al mes**.

These are my income sources. Estas son mis fuentes de ingresos.

➤ $_____ in unemployment / en beneficios de desempleo.

I have been unemployed since _____ (date).

He estado desempleado desde _____ (indique fecha).

➤ $_____ in public benefits / en beneficios de Asistencia Pública.

➤ $_____ from people in my household other than my spouse / de ingresos de otras personas en mi hogar que no son de mi cónyuge.

➤ $_____ from retirement or pension / de jubilación o pensión.

➤ $_____ from tips or bonus / de propinas o bonos.

➤ $_____ from disability / de discapacidad.

➤ $_____ from worker's comp / de compensación al trabajador.

➤ $_____ from social security / de seguro social.

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Filed 11/20/2024 3:22 PM
Justice of the Peace,Pct.5
Travis County, Texas
J5-CV-24-274397

➢  $_____ from military housing / de vivienda militar.

➢  $_____ from dividends, interest, or royalties / de dividendos, intereses, o regalías.

➢  $_____ from child or spousal support / de manutención de menores o manutención conyugal recibida.

➢  Answer only if your spouse is not your opponent. Responda tan sólo si su ccónyuge no es parte contraria en esta causa legal.$_____ from my spouse's income / de ingresos de mi cónyuge.

➢  $_____ from other jobs/sources of income / de *otros* trabajos/ fuentes de ingresos.

Describe / describa:

_____

_____

# Go to next page
# Pase a la siguiente página

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

## 6. What is the value of your assets or property? ¿Cuál es el valor de sus bienes o propiedades?

| My property includes:<br>Mis bienes incluyen: | Value / Valor<br><br>The value is the amount the item would sell for less the amount you still owe on it, if anything.<br><br>El valor de sus bienes es la cantidad por la que la propiedad o pertenencia se vendería, menos el monto que aún se adeuda, si lo hubiera. |
|---|---|
| ➢ Cash<br>  Dinero en efectivo | $ |
| ➢ Bank accounts, other financial assets<br>  Cuentas bancarias, otros bienes financieros | |
| | $ |
| | $ |
| | $ |
| ➢ Cars and boats (make and year)<br>  Automóviles, lanchas (modelo y año) | |
| | $ |
| | $ |
| | $ |
| ➢ Other property like jewelry, stocks, land, a second house. (Do not list your homestead.)<br>  Otros bienes como joyas, acciones, terrenos, una segunda casa. (No indique su hogar familiar.) | |
| | $ |
| | $ |
| | $ |
| **Total Value of Property**<br>**Valor Total de Sus Bienes** | $ |



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**7. What are your monthly expenses that are not deducted from your paycheck?**
**¿Cuáles son sus gastos mensuales que no son descontados de su cheque de sueldo?**

| My monthly expenses are: Mis gastos mensuales son: | Amount Cantidad |
|---|---|
| ➢ Rent/house payments; maintenance Alquiler/hipoteca; mantenimiento de casa | $ 1,378 |
| ➢ Food and household supplies Alimentos y artículos para el hogar | $ |
| ➢ Utilities and telephone Luz, gas, agua y teléfono | $ 211 |
| ➢ Clothing and laundry Ropa y lavado de ropa | $ |
| ➢ Medical and dental expenses Gastos médicos y dentales | $ |
| ➢ Insurance (life, health, auto, etc.) Seguros (de vida, médico, de automóvil etc.) | $ |
| ➢ School and childcare Escuelas y guarderías | $ |
| ➢ Transportation, auto repair, gas Transportación, reparaciones de auto-móviles, gasolina | $ |
| ➢ Child/Spousal support Manutención a Menores/Manutención Conyugal | $ |
| ➢ Debt payments to (list): Pagos por deudas hechas a (indíquelos): 364 | |
| | $ |
| | $ |
| ➢ Wages withheld by court order Sueldo retenido por orden judicial | $ |
| ➢ Other expenses (list): Otros gastos (indíquelos): | |
| | $ |
| | $ |
| **Total Monthly Expenses** **Gastos Totales Mensuales** | $ 1953 |



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**8. Are there debts or other facts explaining your financial situation?**
**¿Hay deudas u otros factores que expliquen su situación económica?**

My debts include (list debt and amount owed):
Mis duedas incluyen (indique deuda y la cantidad que debe):

| | |
|---|---|
| Credit Card | $ 20,000 |
| | $ |
| | $ |
| | $ |
| | $ |

If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts."

Si usted desea que el tribunal considere otros factores, tales como gastos médicos excepcionales, emergencias familiares, etc., adjunte al formulario otra hoja con esta información y bajo el título, "Anexo: Información Adicional de Apoyo."

**9. Ability to Pay Court Costs. Declaración sobre su Habilidad de Pagar Costas de Tribunal**

Check only one box. Seleccione tan solo una casilla.

☑ I cannot afford to pay court costs. No puedo pagar las costas de tribunal.

☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision, and I cannot afford to pay court costs.

No puedo aportar una fianza de apelación ni pagar un depósito en efectivo para apelar la decisión judicial de un magistrado, y no puedo pagar costas de tribunal.

# Go to next page

# Pase a la siguiente página

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Filed 11/20/2024 3:22 PM
Justice of the Peace,Pct.5
Travis County, Texas
J5-CV-24-274397

**10. Declaration/Affidavit. Declaración Escrita Bajo Juramento.**

Fill out **only one** box. If you fill out the Declaration, you will not need to sign the form in front of a notary public. If you do not want to list your address for privacy or safety concerns, take the form and photo identification, and fill out the Affidavit box in front of a notary public.

Llene tan **solo una** opción. Si usted llena la Declaración, no necesitará firmar el formulario ante un notario. Si usted no quiere que aparezca su domicilio en el documento para conservar su privacidad o por motivos de su seguridad, lleve el formulario y una identificación con fotografía y llene la sección de la Declaración Escrita Bajo Juramento ante un Notario.

# Go to next page

# Pase a la siguiente página

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

## Option 1 / Opción 1

**Declaration**: I declare under penalty of perjury that the foregoing is true and correct.

**Declaración**: Yo declaro bajo pena de perjurio que la información a continuación es correcta y verdadera.

➢ My name is / Mi nombre es

Vanessa Bissereth

➢ My date of birth is / Mi fecha de nacimiento es

➢ My address is / Mi domicilio es

9606 Hansford Drive, Austin, TX, 78753, Travis
Street, city, zip, country
Calle y número, ciudad, estado, código postal, pais

➢ _Vanessa Bissereth_
Signature
Firma

➢ 10/10/2024
Date (month, day, year)
Fecha (mes, día, año)

➢ Travis, Texas
County, state
Condado, estado

# Go to next page

# Pase a la siguiente página

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Filed 11/20/2024 3:22 PM
Justice of the Peace,Pct.5
Travis County, Texas
J5-CV-24-274397

Cause No. _____

| | | |
|---|---|---|
| VANESSA BISSERETH, | § | |
| | § | JUSTICE OF THE PEACE |
| *Plaintiff* | § | |
| | § | |
| v. | § | PRECINCT NO. 5 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| JAVITCH BLOCK, LLC, | § | TRAVIS COUNTY, TEXAS |
| | § | |
| *Defendants* | § | |

### <u>CERTIFICATE OF LEGAL-AID PROVIDER IN SUPPORT OF STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS OR AN APPEAL BOND</u>

Attorney Robert Zimmer states that the following is true and correct:

"I am a licensed attorney in and for the State of Texas. I am representing Plaintiff Vanessa Bissereth at no charge to her, due to the party's inability to afford costs.

"I am providing free legal services directly from a program, Volunteer Legal Services of Central Texas (VLS) that is funded by the Texas Access to Justice Foundation (TAJF).

Respectfully submitted,

*/s/ Robert Zimmer*
**By:    Robert Zimmer**
State Bar No. 24098662

**Zimmer & Associates, A Law Firm**
1108 Lavaca Street, Suite 110-187
Austin, Texas 78701
Telephone/Fax: (512) 434-0306
zimmerlawTX@gmail.com

**ATTORNEY FOR PLAINTIFF**

---

**Cause No. J5-CV-24-274397**

| | | |
|---|---|---|
| VANESSA BISSERETH | § | JUSTICE OF THE PEACE |
| | § | |
| Plaintiff/s | § | |
| | § | |
| Vs | § | PRECINCT FIVE |
| | § | |
| JAVITCH BLOCK, LLC; BANK OF AMERICA, | § | |
| N.A. | § | |
| Defendant/s | § | TRAVIS COUNTY, TEXAS |

## ORDER ON THE PLAINTIFF'S STATEMENT OF INABILITY
## TO AFFORD PAYMENT OF COSTS

On this day came to be considered the Plaintiff's Statement of Inability to Afford Payment of Costs.

☐ It is ordered that a HEARING BE SET on Plaintiff's Statement of Inability to Afford Payment of Costs.

☒ The Court conditionally finds that the Plaintiff IS UNABLE TO AFFORD THE COSTS ASSOCIATED WITH THE CAUSE. It is therefore ordered that this cause be docketed as any other cause where filing fees were paid. The Court's finding may be revised at a future hearing contesting the Statement of Inability to Afford Payment of Costs.

SIGNED _____11/27/2024 11:45:41 AM_____ .

_____
Judge Rick "Rico" Olivo
Justice of the Peace, Precinct Five
Travis County, Texas

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**
**AVISO: ESTE DOCUMENTO CONTIENE INFORMACIÓN CONFIDENCIAL**



# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

# Declaración sobre Incapacidad de Pago de Costas de Tribunal o de una Fianza de Apelación

**Cause Number**
**Número de Caso**          J5-CV-24-274397

The Clerk's office will fill in the Cause Number when you file this form.

El Secretario del Tribunal anotará el Número de Caso cuando usted presente este formulario.

Vanessa Bissereth
v.
Bank of America, N.A. and
Javitch Block, LLC

Copy information listed at the top left of the petition here.

Copie aquí la información ubicada en la parte superior izquierda del escrito de la demanda.

Copy information listed at the top right of the petition here.

Copie aquí la información ubicada en la parte superior derecha del escrito de la demanda.

Justice of the Peace Court, Precinct #5

**Court Number**
**Número del Tribunal**

Travis ,Texas

**County**
**Condado**

☐ District Court
Tribunal de Distrito

☐ County Court
Tribunal del Condado

☐ County Court at Law
Tribunal Estatutario

☑ Justice Court
Juzgado de Paz

☐ Probate Court
Juzgado Sucesorio

## 1. Your Information / Su Información

➤ My full legal name is / Mi nombre legal completo es

Vanessa     Bissereth

First     Middle     Last     /     Nombre de Pila     Segundo Nombre     Apellido

➤ My date of birth is / Mi fecha de nacimiento es

███████████

Month     Day     Year     /     Mes     Día     Año

➤ My address is / Mi dirección es

Home / Domicilio     9606 Hansford Dr.

Mailing / Dirección Postal     Austin, TX, 78753

➤ My phone number / Mi número telefónico     ████████ - 4683

➤ My email I check often / Mi correo electrónico que reviso con frecuencia

████████████████ @icloud.com

# Go to next page
# Pase a la siguiente página

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

## 2. About My Dependents / Mis Dependientes

"The people who depend on me financially are listed below." **Use initials only for children under 18**. If needed, attach a separate piece of paper to list more dependents.

"Las personas a continuación dependen económicamente de mí." **Use iniciales para los menores de 18 años** y, si es necesario, anexe una hoja por separado para enumerar a todos sus dependientes.

| Name<br>Nombre | Age<br>Edad | Relationship to me<br>Parentesco Conmigo |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## 3. Are you represented by Legal Aid? ¿Está siendo representado por alguna entidad de asistencia legal?

**Check only one box. Seleccione solo una casilla.**

☑ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as "Exhibit: Legal Aid Certificate."

Me está representando gratuitamente un abogado que trabaja para una entidad de asistencia legal o que recibió mi caso de una entidad de asistencia legal. El certificado que la entidad de asistencia legal me entregó lo adjunto bajo el título, "Anexo: Certificado de Asistencia Legal."

or / o

☐ I am not represented by legal aid.

No me está representando ninguna entidad de asistencia legal.



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

## 4. Public Benefits / Beneficios de Asistencia Pública

> Do you or any of your dependents receive public benefits?
>
> *¿Recibe usted o sus dependientes beneficios de asistencia pública?*
>
> ☑ Yes / *Sí*          ☐ No / *No*

> If you answered yes, check all that apply and attach proof to this form, such as a copy of an eligibility form or check.
>
> Si respondió con un Sí, marque todas las casillas que apliquen y adjunte a este formulario comprobantes, tales como una copia de la carta autorizando que reciba estos beneficios o una copia del cheque que recibe.

☐ Food stamps/SNAP
Cupones de comida/SNAP

☐ TANF

☐ Medicaid

☐ CHIP

☐ SSI/SSDI

☐ WIC

☐ Lifeline

☐ Public Housing or Section 8 Housing
Asistencia de Vivienda / Programa de Vivienda bajo Sección 8

☐ Low-Income Home Energy Assistance
Asistencia con Energía Eléctrica

☐ Community Care via HHS
Ayuda Comunitaria bajo HHS

☐ LIS in Medicare ("Extra Help")
Subsidio Adicional de Medicare bajo el Programa LIS

☐ Needs-based VA Pension
Pensión para Veteranos de Guerra en función a necesidades

☐ Child Care Assistance under Child Care and Development Block Grant
Asistencia con Guardería bajo el Programa CCDBG

☐ County Assistance, County Health Care, or General Assistance (GA)
Asistencia del Condado, Asistencia Médica del Condado, o Asistencia General (GA)

☑ Other / Otros beneficios
MAP

☐ Other / Otros beneficios



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

---

**5. What are your monthly income sources? ¿Cuáles son sus fuentes de ingresos mensuales?**

> My **take-home** pay is $ 1,876 in monthly wages.
>
> Mi **pago neto** es $_____ en sueldo mensual.

---

> I work as a Social Worker (your job title) for Integral Care (your employer).
>
> Yo trabajo como _____ (título de su puesto) para _____ (compañía o jefe).

---

> $ 1,876 is my total **monthly** income / son mis ingresos totales **al mes**.

---

These are my income sources. Estas son mis fuentes de ingresos.

> $_____ in unemployment / en beneficios de desempleo.
>
> I have been unemployed since _____ (date).
>
> He estado desempleado desde _____ (indique fecha).

> $_____ in public benefits / en beneficios de Asistencia Pública.

> $_____ from people in my household other than my spouse / de ingresos de otras personas en mi hogar que no son de mi cónyuge.

> $_____ from retirement or pension / de jubilación o pensión.

> $_____ from tips or bonus / de propinas o bonos.

> $_____ from disability / de discapacidad.

> $_____ from worker's comp / de compensación al trabajador.

> $_____ from social security / de seguro social.

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

> $_____ from military housing / de vivienda militar.

> $_____ from dividends, interest, or royalties / de dividendos, intereses, o regalías.

> $_____ from child or spousal support / de manutención de menores o manutención conyugal recibida.

> Answer only if your spouse is not your opponent. Responda tan sólo si su ccónyuge no es parte contraria en esta causa legal.$_____ from my spouse's income / de ingresos de mi cónyuge.

> $_____ from other jobs/sources of income / de *otros* trabajos/ fuentes de ingresos.

Describe / describa:

_____

_____

# Go to next page

# Pase a la siguiente página

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**6. What is the value of your assets or property? ¿Cuál es el valor de sus bienes o propiedades?**

| My property includes:<br>Mis bienes incluyen: | Value / Valor<br><br>The value is the amount the item would sell for less the amount you still owe on it, if anything.<br><br>El valor de sus bienes es la cantidad por la que la propiedad o pertenencia se vendería, menos el monto que aún se adeuda, si lo hubiera. |
|---|---|
| ➢ Cash<br>   Dinero en efectivo | $ |
| ➢ Bank accounts, other financial assets<br>   Cuentas bancarias, otros bienes financieros | |
| | $ |
| | $ |
| | $ |
| ➢ Cars and boats (make and year)<br>   Automóviles, lanchas (modelo y año) | |
| | $ |
| | $ |
| | $ |
| ➢ Other property like jewelry, stocks, land, a second house. (Do not list your homestead.)<br><br>   Otros bienes como joyas, acciones, terrenos, una segunda casa. (No indique su hogar familiar.) | |
| | $ |
| | $ |
| | $ |
| **Total Value of Property**<br>**Valor Total de Sus Bienes** | $ |



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**7. What are your monthly expenses that are not deducted from your paycheck?
¿Cuáles son sus gastos mensuales que no son descontados de su cheque de sueldo?**

| My monthly expenses are: Mis gastos mensuales son: | Amount Cantidad |
|---|---|
| ➤ Rent/house payments; maintenance Alquiler/hipoteca; mantenimiento de casa | $ 1,378 |
| ➤ Food and household supplies Alimentos y artículos para el hogar | $ |
| ➤ Utilities and telephone Luz, gas, agua y teléfono | $ 211 |
| ➤ Clothing and laundry Ropa y lavado de ropa | $ |
| ➤ Medical and dental expenses Gastos médicos y dentales | $ |
| ➤ Insurance (life, health, auto, etc.) Seguros (de vida, médico, de automóvil etc.) | $ |
| ➤ School and childcare Escuelas y guarderías | $ |
| ➤ Transportation, auto repair, gas Transportación, reparaciones de auto-móviles, gasolina | $ |
| ➤ Child/Spousal support Manutención a Menores/Manutención Conyugal | $ |
| ➤ Debt payments to (list): Pagos por deudas hechas a (indíquelos): 364 | |
| | $ |
| | $ |
| ➤ Wages withheld by court order Sueldo retenido por orden judicial | $ |
| ➤ Other expenses (list): Otros gastos (indíquelos): | |
| | $ |
| | $ |
| **Total Monthly Expenses Gastos Totales Mensuales** | $ 1953 |



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**8. Are there debts or other facts explaining your financial situation? ¿Hay deudas u otros factores que expliquen su situación económica?**

My debts include (list debt and amount owed):
Mis duedas incluyen (indique deuda y la cantidad que debe):

| | |
|---|---|
| Credit Card | $ 20,000 |
| | $ |
| | $ |
| | $ |
| | $ |

If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts."

Si usted desea que el tribunal considere otros factores, tales como gastos médicos excepcionales, emergencias familiares, etc., adjunte al formulario otra hoja con esta información y bajo el título, "Anexo: Información Adicional de Apoyo."

---

**9. Ability to Pay Court Costs. Declaración sobre su Habilidad de Pagar Costas de Tribunal**

Check only one box. Seleccione tan solo una casilla.

☑ I cannot afford to pay court costs. No puedo pagar las costas de tribunal.

☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision, and I cannot afford to pay court costs.

No puedo aportar una fianza de apelación ni pagar un depósito en efectivo para apelar la decisión judicial de un magistrado, y no puedo pagar costas de tribunal.

# Go to next page

# Pase a la siguiente página

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**10. Declaration/Affidavit. Declaración Escrita Bajo Juramento.**

Fill out **only one** box. If you fill out the Declaration, you will not need to sign the form in front of a notary public. If you do not want to list your address for privacy or safety concerns, take the form and photo identification, and fill out the Affidavit box in front of a notary public.

Llene tan **solo una** opción. Si usted llena la Declaración, no necesitará firmar el formulario ante un notario. Si usted no quiere que aparezca su domicilio en el documento para conservar su privacidad o por motivos de su seguridad, lleve el formulario y una identificación con fotografía y llene la sección de la Declaración Escrita Bajo Juramento ante un Notario.

# Go to next page

# Pase a la siguiente página

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Case 1:25-cv-00097-ADA    Document 1-2    Filed 01/21/25    Page 32 of 58
Filed 1/20/2024 3:22 PM
Justice of the Peace,Pct.5
Travis County, Texas
J5-CV-24-274397

# Option 1 / Opción 1

**Declaration**: I declare under penalty of perjury that the foregoing is true and correct.

**Declaración**: Yo declaro bajo pena de perjurio que la información a continuación es correcta y verdadera.

➤ My name is / Mi nombre es

Vanessa Bissereth

➤ My date of birth is / Mi fecha de nacimiento es

█████████████████

➤ My address is / Mi domicilio es

9606 Hansford Drive, Austin, TX, 78753, Travis

Street, city, zip, country
Calle y número, ciudad, estado, código postal, pais

➤ Vanessa Bissereth

Signature
Firma

➤ 10/10/2024

Date (month, day, year)
Fecha (mes, día, año)

➤ Travis, Texas

County, state
Condado, estado

# Go to next page

# Pase a la siguiente página

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Cause No. ___J5-CV-24-274397___

| | | |
|---|---|---|
| VANESSA BISSERETH, | § | |
| | § | JUSTICE OF THE PEACE |
| *Plaintiff* | § | |
| | § | |
| v. | § | PRECINCT NO. 5 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| JAVITCH BLOCK, LLC, | § | TRAVIS COUNTY, TEXAS |
| | § | |
| *Defendants* | § | |

## <u>CERTIFICATE OF LEGAL-AID PROVIDER IN SUPPORT OF STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS OR AN APPEAL BOND</u>

Attorney Robert Zimmer states that the following is true and correct:

"I am a licensed attorney in and for the State of Texas. I am representing Plaintiff Vanessa Bissereth at no charge to her, due to the party's inability to afford costs.

"I am providing free legal services directly from a program, Volunteer Legal Services of Central Texas (VLS) that is funded by the Texas Access to Justice Foundation (TAJF).

Respectfully submitted,

*/s/ Robert Zimmer*
**By:    Robert Zimmer**
State Bar No. 24098662

**Zimmer & Associates, A Law Firm**
1108 Lavaca Street, Suite 110-187
Austin, Texas 78701
Telephone/Fax: (512) 434-0306
zimmerlawTX@gmail.com

**ATTORNEY FOR PLAINTIFF**

**Alex Quezada**

| | |
|---|---|
| **From:** | Zimmer & Associates Paralegal <paralegal@zimmerlawtx.com> |
| **Sent:** | Friday, December 13, 2024 1:35 PM |
| **To:** | jp5civil |
| **Cc:** | Robert Zimmer |
| **Subject:** | [CAUTION EXTERNAL] re: J5-CV-24-274397 - Plaintiff's Affidavit of Inability to Pay |

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

Good afternoon,

We represent the Plaintiff, Vanessa Bissereth, in the above captioned case ( J5-CV-24-274397 ). On November 20th we filed the Plaintiff's Affidavit of Inability to Pay and are still awaiting it to be granted.

We're confused because we filed a different lawsuit ( J5-CV-24-274391 ) for the same Plaintiff on the same day and had that case's Affidavit of Inability to Pay granted a week later. Could you please update us on the status of this?

Best,

--

**Zachary Evans**
Paralegal
paralegal@zimmerlawtx.com
(M): (512) 643-0280 | (F): 210 982 0596

**Zimmer & Associates**
1108 Lavaca Street
Suite 110-187
Austin, TX 78701
zimmerlawtx.com [zimmerlawtx.com]

1

**JUSTICE CIVIL CITATION**

THE STATE OF TEXAS

**TO:   BANK OF AMERICA, N.A.
        ATTN CT CORPORATION SYSTEM
        160 MINE LAKE CT STE 200
        RALEIGH NC  27615**

**YOU HAVE BEEN SUED.  You may employ an attorney to help you in defending against this lawsuit, but you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

**YOUR WRITTEN RESPONSE** to this lawsuit shall be filed in Justice of the Peace, Precinct Five, at 1000 Guadalupe Street Room 117, Austin, Texas  78701. E-mail JP5civil@traviscountytx.gov.  Phone # (512) 854-9050. A copy of your written response or any other document you file with the court must be served on all other parties. Proof of service must be evidenced by a certificate of service attached to the document filed with the Court. Please consult Texas Rules of Civil Procedure, Rule 501.4 for additional information.

THE LAW PROHIBITS THE JUDGE & THE CLERKS FROM GIVING LEGAL ADVICE, SO PLEASE DO NOT SEEK SUCH ADVICE FROM THIS OFFICE.  ANY QUESTIONS YOU HAVE SHOULD BE DIRECTED TO AN ATTORNEY.

Your cause number is **J5-CV-24-274397,** case styled
                **VANESSA BISSERETH,   Plaintiff/s vs.**
         **JAVITCH BLOCK, LLC; BANK OF AMERICA, N.A., Defendant/s**
was filed in the Justice Court, Precinct Five, on November 20, 2024.

Issued and given under my hand on December 17, 2024.

Judge Rick "Rico" Olivo
Justice of the Peace, Pct. 5
1000 Guadalupe Street #117
Austin, Texas 78701

**Plaintiff / Plaintiff Attorney / Plaintiff Agent (if applicable)**:
ROBERT ZIMMER
 1108 LAVACA STREET SUITE 110-187
 AUSTIN TX  78701
<<<<<SEE PETITION FOR TELEPHONE NUMBER>>>>

    -------------------------------------------OFFICER'S RETURN-------------------------------------------------

Came to the hand on the _____ day of _____, 20_____at _____o'clock_____. M.
Executed at _____within County of_____at _____o'clock_____. M. on the _____ day of _____, 20_____, by delivering to the within named
_____
_____
a true copy of this citation together with the accompanying copy of the petition having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

To certify which witness my hand officially: _____
SERVICE FEE $_____ _____ of _____ County, Texas
                              By Deputy _____

**STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS**

**JUSTICE CIVIL CITATION**

THE STATE OF TEXAS

**TO:    JAVITCH BLOCK, LLC**
**ATTN CORPORATE CENTER ONE**
**5301 SOUTHWEST PKWY STE 400**
**AUSTIN TX  78735**

**YOU HAVE BEEN SUED.  You may employ an attorney to help you in defending against this lawsuit, but you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

**YOUR WRITTEN RESPONSE** to this lawsuit shall be filed in Justice of the Peace, Precinct Five, at 1000 Guadalupe Street Room 117, Austin, Texas  78701. E-mail JP5civil@traviscountytx.gov.  Phone # (512) 854-9050. A copy of your written response or any other document you file with the court must be served on all other parties. Proof of service must be evidenced by a certificate of service attached to the document filed with the Court. Please consult Texas Rules of Civil Procedure, Rule 501.4 for additional information.

THE LAW PROHIBITS THE JUDGE & THE CLERKS FROM GIVING LEGAL ADVICE, SO PLEASE DO NOT SEEK SUCH ADVICE FROM THIS OFFICE.  ANY QUESTIONS YOU HAVE SHOULD BE DIRECTED TO AN ATTORNEY.

Your cause number is **J5-CV-24-274397,** case styled
**VANESSA BISSERETH,   Plaintiff/s vs.**
**JAVITCH BLOCK, LLC; BANK OF AMERICA, N.A., Defendant/s**
was filed in the Justice Court, Precinct Five, on November 20, 2024.

Issued and given under my hand on December 17, 2024.

Judge Rick "Rico" Olivo
Justice of the Peace, Pct. 5
1000 Guadalupe Street #117
Austin, Texas 78701

**Plaintiff / Plaintiff Attorney / Plaintiff Agent (if applicable)**:
ROBERT ZIMMER
 1108 LAVACA STREET SUITE 110-187
 AUSTIN TX  78701
<<<<<SEE PETITION FOR TELEPHONE NUMBER>>>>

-------------------------------------------------**OFFICER'S RETURN**--------------------------------------------------

Came to the hand on the _____ day of _____, 20_____ at _____o'clock_____. M.
Executed at _____ within County of _____ at _____o'clock_____. M. on the _____ day of _____, 20_____, by delivering to the within named
_____
_____

a true copy of this citation together with the accompanying copy of the petition having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

To certify which witness my hand officially: _____
SERVICE FEE $_____ _____ of _____ County, Texas
By Deputy _____

**STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS**

## CAUSE NO. J5-CV-24-274397

| | | |
|---|---|---|
| **VANESSA BISSERETH,** | § | **IN THE JUSTICE COURT** |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **PRECINCT NO. 5** |
| | § | |
| **BANK OF AMERICA, N.A.,** | § | |
| **and JAVITCH BLOCK, LLC,** | § | **TRAVIS COUNTY, TEXAS** |
| | § | |
| **Defendants.** | § | |
| | § | |

### DEFENDANT'S ORIGINAL ANSWER

Defendants, Bank of America, N.A. and Javitch Block, LLC (hereinafter "Defendants"), files this original answer to *Plaintiff's Original Petition*.

### A. GENERAL DENIAL

1. Defendants generally deny the allegations in plaintiff's original petition.

### B. PRAYER

2. For these reasons, Defendants asks the court to enter judgment that Plaintiff take nothing, assess costs against Plaintiff, and award Defendants all other relief to which they are entitled

**DEFENDANTS BY COUNSEL,**

*/s/ Tyler G. Lansde006E*

_____

Tyler G. Lansden, #24118207
Javitch Block LLC
275 W. Campbell, Suite 312
Richardson, TX 75080
(214) 383-9088
DAL@jbllc.com
Fax: (214) 383-5890
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing instrument was served in compliance with Tex. R. Civ. P. 21

and 21a on December 30, 2024 to all known counsel and parties of record.

☐ via regular mail

☐ via certified mail # _____

☐ via facsimile at fax # _____

■ via E-Service         zimmerlawTX@gmail.com

☐ via overnight delivery tracking #_____

☐ via hand delivery_____

*/s/ Tyler G. Lansden*

Tyler G. Lansden, #24118207
Javitch Block LLC
275 W. Campbell, Suite 312
Richardson, TX 75080
(214) 383-9088
DAL@jbllc.com
Fax: (214) 383-5890

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Javitch Block on behalf of Tyler Lansden
Bar No. 24118207
processing@jbandr.com
Envelope ID: 95706631
Filing Code Description: Answer
Filing Description: Defendants' Original Answer / MB
Status as of 12/30/2024 2:15 PM CST

Associated Case Party: Javitch Block, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tyler Lansden | | tlansden@jbllc.com | 12/30/2024 10:33:05 AM | SENT |

Associated Case Party: Vanessa Bissereth

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Zimmer Law | | zimmerlawTX@gmail.com | 12/30/2024 10:33:05 AM | SENT |

Filed 12/30/2024 3:04 PM
Justice of the Peace,Pct.5
Travis County, Texas
J5-CV-24-274397

NO. J5-CV-24-274397

| | | |
|---|---|---|
| VANESSA BISSERETH, | § | IN THE JUSTICE COURT |
| *Plaintiff* | § | |
| | § | |
| VS. | § | PRECINCT NO. 5 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| *and* JAVITCH BLOCK, LLC, | § | TRAVIS COUNTY, TEXAS |
| *Defendant* | § | |
| | § | |

## PLAINTIFF'S MOTION TO ALLOW DISCOVERY and APPLY THE TEXAS RULES OF EVIDENCE AS TO DEFENDANT JAVITCH BLOCK, LLC

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Plaintiff VANESSA BISSERETH ("Bissereth") and files this, her Motion to Allow Discovery as to Defendant JAVITCH BLOCK, LLC ("Javitch Block") , and to Apply the Texas Rules of Evidence to the instant case, and in support, respectfully shows this Court as follows:

## PROPOSED DISCOVERY

Rule 500.9 limits pretrial discovery that the court considers reasonable and necessary. Plaintiff Vanessa Bissereth's proposed discovery, attached as Exhibit 'A', is limited to that which is both reasonable and necessary to prove her claims against Defendant Javitch Block, LLC, afford Javitch Block, LLC an opportunity to defend against Plaintiff's claims.

## THE COURT SHOULD APPLY THE RULES OF EVIDENCE

A justice court may apply the Rules of Evidence pursuant to Rule 500.3(e) when the court determines the rules are necessary to a fair trial. Here, Plaintiff asks that the Court level

1

the playing field between the parties by simply applying all the Rules of Evidence to assure a fair trial with due process.

The court should apply <u>all</u> the Texas Rules of Evidence, but at a minimum, the Texas Rules of Evidence Rules 401, 402, 408 (relevance) 602, 603 (witnesses), 701, 702 and 703 (opinions), 801, 802, 803(6) (hearsay), 902(10) (authentication) and 1001, 1002 and 1003 (best evidence rule).

### **PRAYER**

**WHEREFORE, PREMISES CONSIDERED, Plaintiff Vanessa Bissereth** prays that the Court:

- Grant her motion, and permit Stephenson to serve the proposed discovery on Defendant Javitch Block, LLC;

- Apply the Rules of Evidence to the instant case;

- Grant Bissereth all other relief to which the Court may find her entitled, at law or in equity.

Respectfully submitted,

/s/ Robert Zimmer

**Robert Zimmer, Esq.**

**Zimmer & Associates, A Law Firm**
1108 Lavaca Street, Suite 110-187
Austin, TX  78701
Phone/Fax: (512) 434-0306
zimmerlawTX@gmail.com

**ATTORNEY FOR PLAINTIFF,
VANESSA BISSERETH**

## EXHIBIT "A"

NO. J5-CV-24-274397

| | | |
|---|---|---|
| VANESSA BISSERETH, | § | IN THE JUSTICE COURT |
| *Plaintiff* | § | |
| | § | |
| VS. | § | PRECINCT NO. 5 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| *and* JAVITCH BLOCK, LLC, | § | TRAVIS COUNTY, TEXAS |
| *Defendant* | § | |
| | § | |

### PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
### TO DEFENDANT JAVITCH BLOCK, LLC

TO:  DEFENDANT Javitch Block, LLC., c/o its counsel, Tyler Lansden, Esq.via e-mail: tlansden@jbllc.com.

FROM:  PLAINTIFF Vanessa Bissereth, by and through her attorney, Robert Zimmer, Esq., zimmerlawTX@gmail.com.

Plaintiff hereby serves and propounds her First Set of Discovery Requests on Defendant.

**Please furnish, within 30 days after service of these Discovery Requests:**

(1) the correct name of the Defendant in this lawsuit;

(2) the name, address, and telephone number of any potential Defendant(s);

(3) the legal theories and, in general, the factual bases of Defendant's defenses (Defendant need not marshal all evidence that may be offered at trial);

(4) the name, address, and telephone number of persons known to the Defendant who may have knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

(5) a copy - or a description by category and location - of all documents, electronically stored information, and tangible things that Defendant has in its possession, custody, or control, and may use to support its defenses, unless the use would be solely for impeachment;

(6) any indemnity and insuring agreements described in Rule 192.3(f);

(7) any settlement agreements described in Rule 192.3(g);

(8) any witness statements described in Rule 192.3(h);

(9) the name, address, and telephone number of any person who may be designated as a responsible third party.

(10) The names of any testifying experts and the information as provided in Tex. R. Civ. P. 195.

(11) The name, address, and telephone number of each witness –separately identifying those that Defendant expects to present and those it may call if the need arises.

Sincerely,

/s/ Robert Zimmer
Robert Zimmer, Esq.

**Zimmer & Associates, A Law Firm**
1108 Lavaca Street, Suite 110-187
Austin, TX  78701
Phone/Fax: (512) 434-0306
zimmerlawTX@gmail.com

**ATTORNEY FOR PLAINTIFF,
VANESSA BISSERETH**

## CERTIFICATE OF SERVICE

I, the undersigned individual, hereby certify that a true and correct copy of the foregoing motion, exhibit, and proposed order, have been served on all parties, VIA E-FILE, on December 30, 2024

Respectfully submitted,

/s/ Robert Zimmer
Robert Zimmer, Esq.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Robert Zimmer, Esq. on behalf of Robert Zimmer
Bar No. 24098662
zimmerlawtx@gmail.com
Envelope ID: 95725350
Filing Code Description: Motion for Discovery
Filing Description: Plaintiff's Motion to Allow Discovery as to Defendant Javitch Block, LLC, and to Apply the Rules of Evidence / MB
Status as of 12/31/2024 8:16 AM CST

Associated Case Party: Vanessa Bissereth

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Zimmer Law | | zimmerlawTX@gmail.com | 12/30/2024 3:04:27 PM | SENT |

Associated Case Party: Javitch Block, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tyler Lansden | | tlansden@jbllc.com | 12/30/2024 3:04:27 PM | SENT |

Filed 12/30/2024 3:04 PM
Justice of the Peace,Pct.5
Travis County, Texas
J5-CV-24-274397

NO. J5-CV-24-274397

| | § | |
|---|---|---|
| VANESSA BISSERETH, | § | IN THE JUSTICE COURT |
| *Plaintiff* | § | |
| | § | |
| VS. | § | PRECINCT NO. 5 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| *and* JAVITCH BLOCK, LLC, | § | TRAVIS COUNTY, TEXAS |
| *Defendant* | § | |
| | § | |

## <u>ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW DISCOVERY<br>AS TO DEFENDANT JAVITCH BLOCK, LLC,<br>AND APPLY THE TEXAS RULES OF EVIDENCE</u>

On _____, 2024, the Court considered Plaintiff's Motion to

Allow Discovery and to Apply the Texas Rules of Evidence ("TRE") to the instant case.

After considering the motion, the response if any, the pleadings and evidence on file and the

arguments of counsel, the Court rules as follows:

_____ Plaintiff's Motion to Allow Discovery is GRANTED and Plaintiff may serve the

proposed discovery that was attached to the motion as Exhibit 'A'.

Plaintiffs' Motion to Apply the TRE is GRANTED as follows:

_____ All of the Texas Rules of Evidence shall apply.

OR:

____ TRE Rules 401, 402, 408 (relevance) 602, 603 (witnesses) shall apply.

—— TRE Rules 701, 702 and 703 (opinions) shall apply.

____ TRE Rules 801, 802, 803(6)(hearsay) shall apply.

_____    TRE Rules 1001, 1002 and 1003 (best evidence rule) shall apply.


_____    TRE Rule 902(10) (business records authentication) shall apply.



DATE: _____, 2024.




                                            _____

                                            JUDGE PRESIDING,
                                            Justice of the Peace Court,
                                            Precinct 5
                                            Travis County, Texas

2

BAS/M/AB

## JUSTICE CIVIL CITATION

THE STATE OF TEXAS

TO:    JAVITCH BLOCK, LLC
       ATTN CORPORATE CENTER ONE
       5301 SOUTHWEST PKWY STE 400
       AUSTIN TX 78735

**YOU HAVE BEEN SUED. You may employ an attorney to help you in defending against this lawsuit, but you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

**YOUR WRITTEN RESPONSE** to this lawsuit shall be filed in Justice of the Peace, Precinct Five, at 1000 Guadalupe Street Room 117, Austin, Texas 78701. E-mail JP5civil@traviscountytx.gov. Phone # (512) 854-9050. A copy of your written response or any other document you file with the court must be served on all other parties. Proof of service must be evidenced by a certificate of service attached to the document filed with the Court. Please consult Texas Rules of Civil Procedure, Rule 501.4 for additional information.

THE LAW PROHIBITS THE JUDGE & THE CLERKS FROM GIVING LEGAL ADVICE, SO PLEASE DO NOT SEEK SUCH ADVICE FROM THIS OFFICE. ANY QUESTIONS YOU HAVE SHOULD BE DIRECTED TO AN ATTORNEY.

Your cause number is **J5-CV-24-274397,** case styled
           **VANESSA BISSERETH, Plaintiff/s vs.**
      **JAVITCH BLOCK, LLC; BANK OF AMERICA, N.A., Defendant/s**
was filed in the Justice Court, Precinct Five, on November 20, 2024.

Issued and given under my hand on December 17, 2024.

zimmer lawTX @gmail.com
(512) 434-0306 P

**Plaintiff / Plaintiff Attorney / Plaintiff Agent (if applicable):**
ROBERT ZIMMER
1108 LAVACA STREET SUITE 110-187
AUSTIN TX 78701
<<<<<SEE PETITION FOR TELEPHONE NUMBER>>>>

Judge Rick "Rico" Olivo
Justice of the Peace, Pct. 5
1000 Guadalupe Street #117
Austin, Texas 78701

12/31/24

-----------------------------------------------**OFFICER'S RETURN**-----------------------------------------------

Came to the hand on the _17_ day of _DECEMBER_, 20 _24_ at _9:49_ o'clock _A_. M. Executed at _5301 Southwest Parkway_ within County of _TRAVIS_ at _2:05_ o'clock _p_. M. on the _23_ day of _December_, 20 _24_, by delivering to the within named _Javich Block LLC by delivering in person to Alvin Sayre at Registered Agents Solutions, INC at 5301 Southwest Parkway Suite 400, Austin, Texas 78735_ a true copy of this citation together with the accompanying copy of the petition having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas

To certify which witness my hand officially: _____
SERVICE FEE $_____ _____ of _____ **Bobby Gutierrez** County, Texas
              By Deputy _____

## STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS

Cause No. J5-CV-24-274397

| | | |
|---|---|---|
| Vanessa Bissereth | § | JUSTICE OF THE PEACE |
| | § | |
| Plaintiff/s | § | |
| | § | |
| vs | § | Precinct Five |
| | § | |
| | § | |
| Javitch Block, LLC; Bank of America, N.A. | § | |
| Defendant/s | § | TRAVIS COUNTY, TEXAS |

ORDER _____

## Plaintiff's Motion for Discovery is GRANTED.

## Plaintiff's Motion to Apply the Rules of Evidence is DENIED.

_____

_____

_____

_____

_____

SIGNED _____1/7/2025_____.

Judge John H. Beeler, Visiting Judge for
Judge Tanisa Jeffers
Justice of the Peace, Pct. 5
Travis County, Texas

Judge Tanisa Jeffers
Justice of the Peace, Precinct Five
Travis County, Texas

JUDGE'S REMARKS:

_____

_____

_____

_____

DATE _____

_____
Judge Tanisa Jeffers
Justice of the Peace, Precinct Five
Travis County, Texas

NO. J5-CV-24-274397

| | | |
|---|---|---|
| VANESSA BISSERETH, | § | IN THE JUSTICE COURT |
| *Plaintiff* | § | |
| | § | |
| VS. | § | PRECINCT NO. 5 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| *and* JAVITCH BLOCK, LLC, | § | TRAVIS COUNTY, TEXAS |
| *Defendant* | § | |
| | § | |

## PLAINTIFF'S MOTION TO ALLOW DISCOVERY and
## APPLY THE TEXAS RULES OF EVIDENCE
## AS TO DEFENDANT JAVITCH BLOCK, LLC

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Plaintiff VANESSA BISSERETH ("Bissereth") and files this, her Motion to Allow Discovery as to Defendant JAVITCH BLOCK, LLC ("Javitch Block") , and to Apply the Texas Rules of Evidence to the instant case, and in support, respectfully shows this Court as follows:

## PROPOSED DISCOVERY

Rule 500.9 limits pretrial discovery that the court considers reasonable and necessary. Plaintiff Vanessa Bissereth's proposed discovery, attached as Exhibit 'A', is limited to that which is both reasonable and necessary to prove her claims against Defendant Javitch Block, LLC, afford Javitch Block, LLC an opportunity to defend against Plaintiff's claims.

## THE COURT SHOULD APPLY THE RULES OF EVIDENCE

A justice court may apply the Rules of Evidence pursuant to Rule 500.3(e) when the court determines the rules are necessary to a fair trial. Here, Plaintiff asks that the Court level

1

the playing field between the parties by simply applying all the Rules of Evidence to assure a fair trial with due process.

The court should apply <u>all</u> the Texas Rules of Evidence, but at a minimum, the Texas Rules of Evidence Rules 401, 402, 408 (relevance) 602, 603 (witnesses), 701, 702 and 703 (opinions), 801, 802, 803(6) (hearsay), 902(10) (authentication) and 1001, 1002 and 1003 (best evidence rule).

### **PRAYER**

**WHEREFORE, PREMISES CONSIDERED, Plaintiff Vanessa Bissereth** prays that the Court:

- Grant her motion, and permit Stephenson to serve the proposed discovery on Defendant Javitch Block, LLC;

- Apply the Rules of Evidence to the instant case;

- Grant Bissereth all other relief to which the Court may find her entitled, at law or in equity.

Respectfully submitted,

/s/ Robert Zimmer

**Robert Zimmer, Esq.**

**Zimmer & Associates, A Law Firm**
1108 Lavaca Street, Suite 110-187
Austin, TX  78701
Phone/Fax: (512) 434-0306
zimmerlawTX@gmail.com

**ATTORNEY FOR PLAINTIFF,
VANESSA BISSERETH**

2

Filed: 12/30/2024 3:04 PM
Justice of the Peace,Pct.5
Travis County, Texas
J5-CV-24-274397

# EXHIBIT "A"

### NO. J5-CV-24-274397

| | | |
|---|---|---|
| VANESSA BISSERETH, | § | IN THE JUSTICE COURT |
| *Plaintiff* | § | |
| | § | |
| VS. | § | PRECINCT NO. 5 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| *and* JAVITCH BLOCK, LLC, | § | TRAVIS COUNTY, TEXAS |
| *Defendant* | § | |
| | § | |

## PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
## TO DEFENDANT JAVITCH BLOCK, LLC

TO:  DEFENDANT Javitch Block, LLC., c/o its counsel, Tyler Lansden, Esq.via e-mail: tlansden@jbllc.com.

FROM:  PLAINTIFF Vanessa Bissereth, by and through her attorney, Robert Zimmer, Esq., zimmerlawTX@gmail.com.

Plaintiff hereby serves and propounds her First Set of Discovery Requests on Defendant.

**Please furnish, within 30 days after service of these Discovery Requests:**

(1) the correct name of the Defendant in this lawsuit;

(2) the name, address, and telephone number of any potential Defendant(s);

(3) the legal theories and, in general, the factual bases of Defendant's defenses (Defendant need not marshal all evidence that may be offered at trial);

(4) the name, address, and telephone number of persons known to the Defendant who may have knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

(5) a copy - or a description by category and location - of all documents, electronically stored information, and tangible things that Defendant has in its possession, custody, or control, and may use to support its defenses, unless the use would be solely for impeachment;

3

Filed 12/30/2024 3:04 PM
Justice of the Peace, Pct.5
Travis County, Texas
J5-CV-24-274397

(6) any indemnity and insuring agreements described in Rule 192.3(f);

(7) any settlement agreements described in Rule 192.3(g);

(8) any witness statements described in Rule 192.3(h);

(9) the name, address, and telephone number of any person who may be designated as a responsible third party.

(10) The names of any testifying experts and the information as provided in Tex. R. Civ. P. 195.

(11) The name, address, and telephone number of each witness –separately identifying those that Defendant expects to present and those it may call if the need arises.

Sincerely,

/s/ Robert Zimmer
Robert Zimmer, Esq.

**Zimmer & Associates, A Law Firm**
1108 Lavaca Street, Suite 110-187
Austin, TX  78701
Phone/Fax: (512) 434-0306
zimmerlawTX@gmail.com

**ATTORNEY FOR PLAINTIFF,
VANESSA BISSERETH**

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned individual, hereby certify that a true and correct copy of the foregoing motion, exhibit, and proposed order, have been served on all parties, VIA E-FILE, on December 30, 2024

Respectfully submitted,

/s/ Robert Zimmer
Robert Zimmer, Esq.

4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Robert Zimmer, Esq. on behalf of Robert Zimmer
Bar No. 24098662
zimmerlawtx@gmail.com
Envelope ID: 95725350
Filing Code Description: Motion for Discovery
Filing Description: Plaintiff's Motion to Allow Discovery as to Defendant Javitch Block, LLC, and to Apply the Rules of Evidence / MB
Status as of 12/31/2024 8:16 AM CST

Associated Case Party: Vanessa Bissereth

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Zimmer Law | | zimmerlawTX@gmail.com | 12/30/2024 3:04:27 PM | SENT |

Associated Case Party: Javitch Block, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tyler Lansden | | tlansden@jbllc.com | 12/30/2024 3:04:27 PM | SENT |

NO. J5-CV-24-274397

|  |  |  |
|---|---|---|
| VANESSA BISSERETH, | § | IN THE JUSTICE COURT |
| *Plaintiff* | § | |
| | § | |
| | § | |
| VS. | § | PRECINCT NO. 5 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| *and* JAVITCH BLOCK, LLC., | § | |
| *Defendants* | § | TRAVIS COUNTY, TEXAS |
| | § | |

## **PLAINTIFFS' JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

      COME NOW Plaintiff VANESSA BISSERETH, and pursuant to Tex. R. Civ. P., Rule

504.1(a), Plaintiff respectfully demands a trial by jury in the above-captioned case.

                            Respectfully Submitted,

                      **Zimmer & Associates, A Law Firm**
                      1108 Lavaca Street, Suite 110-187
                      Austin, Texas 78701
                      Telephone/Fax: (512) 434-0306

                      /s/ Robert Zimmer
             By:   Robert Zimmer, Esq.
                      State Bar No. 24098662
                      zimmerlawTX@gmail.com

                  **ATTORNEY FOR PLAINTIFF,**
                  **VANESSA BISSERETH**

Filed 1/7/2025 11:19 PM
Justice of the Peace,Pct.5
Travis County, Texas
J5-CV-24-274397

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney, certify that on January 7, 2025, I served a copy of Plaintiff's Jury Demand on the Court and all parties, via E-FILE.

<u>/s/ Robert Zimmer</u>

Robert Zimmer, Esq.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Robert Zimmer, Esq. on behalf of Robert Zimmer
Bar No. 24098662
zimmerlawtx@gmail.com
Envelope ID: 95966855
Filing Code Description: Jury Trial Requested
Filing Description: Plaintiff's Jury Demand /IC
Status as of 1/8/2025 8:38 AM CST

Associated Case Party: Vanessa Bissereth

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Zimmer Law | | zimmerlawTX@gmail.com | 1/7/2025 11:19:34 PM | SENT |

Associated Case Party: Javitch Block, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tyler Lansden | | tlansden@jbllc.com | 1/7/2025 11:19:34 PM | SENT |

Associated Case Party: Bank of America, N.A.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tyler Lansden | 24118207 | tlansden@jbllc.com | 1/7/2025 11:19:34 PM | SENT |

# JUDGE TANISA JEFFERS



JUSTICE OF THE PEACE, PRECINCT FIVE
TRAVIS COUNTY, TEXAS
P.O. BOX 1748
AUSTIN, TEXAS  78767

OFFICE:  (512) 854-9049      FAX:  (512) 854-9640
CIVIL DEPT          JP5CIVIL@TRAVISCOUNTYTX.GOV
CRIMINAL DEPT      JP5CRIMINAL@TRAVISCOUNTYTX.GOV

January 09, 2025

TYLER G LANSDEN
275 W CAMPBELL SUITE 312
RICHARDSON TX  75080

**Re:    J5-CV-24-274397**

**VANESSA BISSERETH**
Plaintiff(s)
**Vs.**
**JAVITCH BLOCK, LLC; BANK OF AMERICA, N.A.**
Defendant(s)

You are hereby notified that the above styled and numbered case has been **SET** in accordance with TRCP 503.4 for a **PRETRIAL CONFERENCE** to include:

## DEMAND FOR JURY TRIAL AND ALL OTHER PRETRIAL MATTERS
## INCLUDING DISPOSITIVE PRETRIAL MATTERS

on, **January 30, 2025** at **10:30 AM.**

The case will be heard by Justice of the Peace, Judge Tanisa Jeffers.  His office is located at **1000 Guadalupe Street, #117  Austin, Texas 78701.** All motions for continuance should be filed no later than Thursday of the week preceding the hearing date and must be in writing, served on the opposing party and may be granted or denied at the discretion of the court.

### YOUR FAILURE TO APPEAR AT SUCH TIME AND PLACE MAY RESULT
### IN DENIAL OF ANY MOTIONS AND/OR A RULING AGAINST YOU.

Please be prepared for court by bringing any printed copies of documents, photos and/or any other items you think are necessary to support your claim.  You must also bring enough printed copies to provide a set for the court and a set for each party. IF YOU DO NOT COME PREPARED THE COURT WILL ASSESS FEES FOR ANY ADDITIONAL COPIES REQUIRED.

Prior to your court date, you may want to familiarize yourself with any applicable laws and rules applicable to Justice Courts as well as "Local Rules of Procedure and Rules of Decorum" for Justice Courts in Travis County which can be found at https://www.traviscountytx.gov/justices-of-peace/jp5/links.

Sincerely,

_____
Civil Court Clerk for
Judge Tanisa Jeffers
Justice of the Peace, Precinct Five
Travis County, Texas

If a determination is made that Travis County offices will be closed to the public due to inclement weather or an emergency situation; information will be available on the Travis County website (https://www.traviscountytx.gov/). If the closure affects the scheduled date/time that appears on this notice, contact Justice of the Peace, Pct. 5 as soon as business operations resume.

# JUDGE TANISA JEFFERS



JUSTICE OF THE PEACE, PRECINCT FIVE
TRAVIS COUNTY, TEXAS
P.O. BOX 1748
AUSTIN, TEXAS  78767

OFFICE:  (512) 854-9049    FAX:  (512) 854-9640
CIVIL DEPT          JP5CIVIL@TRAVISCOUNTYTX.GOV
CRIMINAL DEPT          JP5CRIMINAL@TRAVISCOUNTYTX.GOV

January 09, 2025

ROBERT ZIMMER
1108 LAVACA STREET SUITE 110-187
AUSTIN TX  78701

**Re:**    **J5-CV-24-274397**

**VANESSA BISSERETH**
Plaintiff(s)
**Vs.**
**JAVITCH BLOCK, LLC; BANK OF AMERICA, N.A.**
Defendant(s)

You are hereby notified that the above styled and numbered case has been **SET** in accordance with TRCP 503.4 for a **PRETRIAL CONFERENCE** to include:

## DEMAND FOR JURY TRIAL AND ALL OTHER PRETRIAL MATTERS
## INCLUDING DISPOSITIVE PRETRIAL MATTERS

on, **January 30, 2025** at **10:30 AM.**

The case will be heard by Justice of the Peace, Judge Tanisa Jeffers.  His office is located at **1000 Guadalupe Street, #117  Austin, Texas 78701.** All motions for continuance should be filed no later than Thursday of the week preceding the hearing date and must be in writing, served on the opposing party and may be granted or denied at the discretion of the court.

### YOUR FAILURE TO APPEAR AT SUCH TIME AND PLACE MAY RESULT
### IN DENIAL OF ANY MOTIONS AND/OR A RULING AGAINST YOU.

Please be prepared for court by bringing any printed copies of documents, photos and/or any other items you think are necessary to support your claim.  You must also bring enough printed copies to provide a set for the court and a set for each party. IF YOU DO NOT COME PREPARED THE COURT WILL ASSESS FEES FOR ANY ADDITIONAL COPIES REQUIRED.

Prior to your court date, you may want to familiarize yourself with any applicable laws and rules applicable to Justice Courts as well as "Local Rules of Procedure and Rules of Decorum" for Justice Courts in Travis County which can be found at https://www.traviscountytx.gov/justices-of-peace/jp5/links.

Sincerely,

_____
Civil Court Clerk for
Judge Tanisa Jeffers
Justice of the Peace, Precinct Five
Travis County, Texas

If a determination is made that Travis County offices will be closed to the public due to inclement weather or an emergency situation; information will be available on the Travis County website (https://www.traviscountytx.gov/). If the closure affects the scheduled date/time that appears on this notice, contact Justice of the Peace, Pct. 5 as soon as business operations resume.