

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **VANESSA BISSERETH** | § § | |
| Plaintiff | § § | CAUSE NO. 1:25-cv-97 |
| v. | § § § | |
| **BANK OF AMERICA, N.A. AND JAVITCH BLOCK, LLC** | § § § § | |
| Defendants | § § | |

## LIST OF ALL ATTORNEYS

| Attorney Name, Bar Number, Address & Telephone Number | Party Represented |
|---|---|
| Robert Zimmer<br>zimmerlawTX@gmail.com<br>SBN: 24098662<br><br>ZIMMER & ASSOCIATES, A LAW FIRM<br>1108 Lavaca Street, Suite 110-187<br>Austin, Texas 78701<br>Telephone/Fax: 512.434.0306 | Plaintiff Vanessa Bissereth |
| Matthew D. Durham<br>mdurham@mcguirewoods.com<br>SBN: 24040226<br>FBN: 2869904<br><br>MCGUIREWOODS LLP<br>2601 Olive Street, Suite 2100<br>Dallas, Texas 75201<br>Telephone: 214.932.6400<br>Facsimile: 214.932.6499 | Defendant Bank of America, N.A. |
| Tyler G. Lansden<br>tlansden@jbllc.com<br>SBN: 24118207<br><br>JAVITCH BLOCK LLC<br>275 W. Campbell, Suite 312<br>Richardson, TX 75080<br>Telephone: 214.383.9088<br>Fax: 214.383.5890 | Defendant Javitch Block LLC |