

DEFENDANT'S
EXHIBIT

E
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin                              DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1.      Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Justice Court Precinct No. 5, Travis County, Texas / Case No. J5-CV-24-274397
Vanessa Bissereth v. Bank of America, N.A. and Javitch Block, LLC

2.      Was jury demand made in State Court?         ☒ Yes       ☐ No

If yes, by which party and on what date?

Plaintiff Vanessa Bissereth                     January 7, 2025
Party Name                                      Date

**STATE COURT INFORMATION**:

1.      List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff Vanessa Bissereth / Robert Zimmer, Zimemr & Associates, 1108 Lavaca Street, Suite 110-187, Austin, Texas 78701/ Tel. 512.434.0306 / zimmerlawtx@gmail.com
Defendant Bank of America, N.A. / Matthew D. Durham, McGuireWoods LLP, 2601 Olive Street, Suite 2100, Dallas, TX 75201 / Telephone: 214.932.6400 / Fax: 214.932.6499 / mdurham@mcguirewoods.com
Defendant Javitch Block / Tyler G. Lansden, 275 W. Campbell, Suite 312, Richardson, TX 75080 /

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

Not applicable

3.      List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

 Not applicable

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.      List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

 Not applicable

**VERIFICATION**:

 s/ Matthew D. Durham                          January 21, 2025

Attorney for Removing Party                    Date

 Attorney for Defendant Bank of America,N.A.

 Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**: